# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RAMON BADILLO,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　Case No. **6:03-cv-1830-Orl-22DAB**

**COURT ADMINISTRATOR OFFICER,**
**Orange County Circuit Court,**

      **Defendant.**
_____

## ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (Doc. 82) entered on June 2, 2005. Having reviewed the R & R, and noting that no objections thereto have been filed, it is ORDERED as follows:

1. The Report and Recommendation (Doc. 82) is APPROVED AND ADOPTED.

2. Defendant Court Administrator's Motion to Tax Costs, Including Attorneys' Fees (Doc. 75), filed May 13, 2005, is DENIED.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 24, 2005.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party
Magistrate Judge David A. Baker